[Nos. 19015–6–I; 19053–9–I.  Division One.  April 11, 1988.]

*In the Matter of* T.C.

CINDI CHRISTL, *Appellant,* v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Respondent.*

*In the Matter of* J.P.

CINDI CHRISTL, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 86–7–00232–2, Frank L. Sullivan, J., entered July 24, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Pekelis, J.